

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00104-CR

**IN RE JOE MARR WILSON, RELATOR**

ORIGINAL PROCEEDING

March 27, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

On March 25, 2024, Relator Joe Marr Wilson filed his petition for writ of mandamus with this Court seeking our issuance of a writ of mandamus finding that Respondent, the Honorable Ana E. Estevez, in her capacity as Presiding Judge of the Ninth Administrative Judicial Region, abused her discretion by affirming the trial court's order, which paid only part of Relator's requested attorney's fees in relation to his appellate representation in *Westmoreland v. State*, No. 07-23-00086-CR, 2023 Tex. App. LEXIS 6605 (Tex. App.—Amarillo Aug. 25, 2023, no pet.) (mem. op., not designated for publication).  We dismiss the petition for want of jurisdiction.

Our jurisdiction to issue mandamus is limited by statute. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b). As we noted in dismissing another mandamus petition filed by Relator, his petition challenges Judge Estevez's rulings in her capacity as the presiding regional administrative judge for the Ninth Administrative Region. *See In re Wilson*, 07-24-00103-CR, 2024 Tex. App. LEXIS _____ (Tex. App.—Amarillo Mar. 26, 2024, orig. proceeding) (mem. op., not designated for publication). We lack authority to issue a writ of mandamus against a judge acting in that capacity. *Id.* *See also In re Hettler*, 110 S.W.3d 152, 154 (Tex. App.—Amarillo 2003, orig. proceeding); *accord In re Cook*, 394 S.W.3d 668, 671 (Tex. App.—Tyler 2012, orig. proceeding) (concluding that the court "lack[ed] mandamus jurisdiction against a regional presiding judge").

Because we lack authority to grant the relief sought by Relator, we dismiss his petition for writ of mandamus, expressing no opinion on the merits.

Lawrence M. Doss<br>
Justice

Do not publish.